LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00033 |
|---|---|---|
| Plaintiff, | ) | **INFORMATION** |
| vs. | ) | **THEFT OF GOVERNMENT PROPERTY** |
| | ) | [18 U.S.C. § 641] |
| KRYSTAL S. DELA CRUZ | ) | |
| Defendant. | ) | |

FILED
DISTRICT COURT OF GUAM
JUN 26 2008 PD
JEANNE G. QUINATA
Clerk of Court

THE UNITED STATES ATTORNEY CHARGES:

On or about May 19, 2008, in the District of Guam, the defendant, KRYSTAL S. DELA CRUZ, willfully and knowingly, did steal and purloin United States property from Andersen Air Force Base, of the value of less than $1,000.00, property of the United States, in violation of Title 18, United States Code, Section 641.

DATED this 26th day of June, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KURT E. GRUNAWALT
Special Assistant U.S. Attorney