# Criminal Case Cover Sheet — U.S. District Court

**Place of Offense:**

City: Hagatna
Country/Parish: N/A

**Related Case Information:**
Superseding Indictment: _____  Docket Number: CR 08-00033
Same Defendant: _____  New Defendant: X
Search Warrant Case Number: _____
R 20/ R 40 from District of: _____

**Defendant Information:**

Juvenile: Yes ___ No X   Matter to be sealed: Yes ___ No X

Defendant Name: Krystal S. Dela Cruz

Alisas Name: _____

Address: _____
Yigo, Guam

Birth date: XX/XX/1987   SS# XXX-XX-4679   Sex: F   Race: PI   Nationality: US

**RECEIVED JUN 26 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

SAUSA: Kurt E. Grunawalt

Interpreter: X No ___ Yes   List language and/or dialect: N/A

**Location Status:**

Arrest Date: 19 May 08

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: 1   ___ Petty  X Misdemeanor  ___ Felony

| Set | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18 U.S.C. § 641 | THEFT OF GOVERNMENT PROPERTY | 1 |
| 2 | | | |
| 3 | | | |
| 4 | | | |

(Continued on reverse)

Date: 26 JUN 08   Signature of SAUSA: _____