LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUN 26 2008
JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>KRYSTAL S. DELA CRUZ,<br><br>　　　　Defendant. | CRIMINAL CASE NO. 08-00033<br><br>**UNITED STATES' REQUEST<br>FOR ISSUANCE OF SUMMONS** |

Comes now the United States of America and requests this Honorable Court issue a summons for defendant, KRYSTAL S. DELA CRUZ, based on an Information filed charging the defendant with one count of theft of government property in violation of 18 U.S.C. § 641.

Respectfully submitted this 26th day of June, 2008.

　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　United States Attorne
　　　　　　　　　　　　　　Districts of Guam and NMI

　　　　　　　　　　　By: _/s/ Kurt E. Grunawalt_
　　　　　　　　　　　　　　KURT E. GRUNAWALT
　　　　　　　　　　　　　　Special Assistant U.S. Attorney