LEONARDO M. RAPADAS
United States Attorney
KURT E. GRUNAWALT
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 08-00033 |
| Plaintiff, | ) | |
| vs. | ) | |
| KRYSTAL S. DELA CRUZ, | ) | **ORDER** |
| Defendant. | ) | |

Upon the filing of an Information and at the request of the Government,

**IT IS HEREBY ORDERED** that the Clerk of Court issue a summons for the above-named defendant to appear before this court on Tuesday, July 15, 2008, at 9:30 a.m.

**/s/ Joaquin V.E. Manibusan, Jr.**
   **U.S. Magistrate Judge**
**Dated: Jun 30, 2008**