AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA V. | SUMMONS IN A CRIMINAL CASE |
|---|---|
| KRYSTAL S. DELA CRUZ | Case Number: CR-08-00033-001 |
| (Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR. | Tuesday, July 15, 2008 at 9:30 a.m. |

To answer a(n)

☐ Indictment    X Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Theft of Government Property, 18 U.S.C. § 641, Count 1

**RECEIVED**
JUN 30 2008
US MARSHALS SERVICE-GUAM

**FILED**
DISTRICT COURT OF GUAM
JUL 09 2008
JEANNE G. QUINATA
Clerk of Court

ORIGINAL

| MARILYN B. ALCON; Deputy Clerk | /s/ Marilyn B. Alcon |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| June 30, 2008 | |
| Date | |

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

Date 7/3/08

Service was made by me on:[1]

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMS office, Hagatna Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 7/3/08
Date

_Jack Salas_
Name of United States Marshal

_(signature)_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.