# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-08-00033          DATE: July 15, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

Law Clerk: Geraldine A. Cepeda    Court Recorder: Carmen B. Santos
Courtroom Deputy: Walter M. Tenorio    Electronically Recorded: 9:32:05 - 9:40:47

**APPEARANCES:**

Defendant: Krystal S. Dela Cruz      Attorney: John Gorman
☑ Present ☐ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Kurt Grunawalt      U.S. Agent:
U.S. Probation: Carleen Borja
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance on an Information and Arraignment**

- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Defendant waives reading of <u>Information</u>.
- Defendant waives her right to trial, judgment and sentencing by a district judge and consents to proceed before the U.S. Magistrate Judge.
- Defendant sworn and examined.
- Defendant arraigned and advised of her rights, charges and penalties.
- Plea entered: <u>Not guilty</u>
- Trial Scheduling Order executed.
- Trial set for <u>September 15, 2008 at 9:30 a.m.</u>
- Defendant released.

NOTES: