# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**KRYSTAL S. DELA CRUZ,**<br><br>　　　　　Defendant. | CRIMINAL CASE   NO. 08-00033<br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **the FEDERAL PUBLIC DEFENDER** is appointed to represent the defendant in the above-entitled case nun pro tunc to July 3, 2008.

Dated this 15th day of July 2008.

　　　　　　　　　　　　　　　　　　**/s/ Joaquin V.E. Manibusan, Jr.**
　　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**