JOHN T. GORMAN
Federal Public Defender
District of Guam

RICHARD P. ARENS
Assistant Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
KRYSTAL S. DELA CRUZ



**FILED**
DISTRICT COURT OF GUAM
SEP 0 8 2008
JEANNE G. QUINATA
Clerk of Court

THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CR-08-00033 |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE PRETRIAL CONFERENCE |
| vs. | ) | |
| KRYSTAL S. DELA CRUZ, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Pretrial Conference currently scheduled for September 8, 2008 be continued until sometime after October 15, 2008, at a date and time convenient for the court. This request is made on the basis of defendant's acceptance into a pretrial diversion agreement. It is anticipated that all necessary

//

//

documents will be finalized and filed with the court by October 15, 2008.

IT IS SO STIPULATED:

DATED: Mongmong, Guam, September 5, 2008.

/s/ Richard P. Arens
RICHARD P. ARENS
Attorney for Defendant
KRYSTAL S. DELA CRUZ

/s/ Kurt E. Grunawalt
KURT E. GRUNAWALT
Attorney for Plaintiff
UNITED STATES OF AMERICA